1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  BARTHOLOME HICKMAN, SR.,                    No.  2:16-cv-0457 CKD PS

12              Plaintiff,

13       v.                                      ORDER TO SHOW CAUSE

14  CAROLYN W. COLVIN,
    Acting Commissioner of Social Security,

15
                Defendant.
16

17

18        By order filed March 9, 2016, plaintiff was directed to submit to the United States

19  Marshal a completed summons and copies of the complaint, and to file, within fourteen days, a

20  statement with the court that said documents had been submitted to the United States Marshal.

21        Plaintiff failed to submit the statement of compliance.[1]  More than two months have

22  passed and there is no evidence that plaintiff has taken the proper steps to ensure service of

23  summons by the Marshal.

24  /////

25  /////

26

27  _____

    [1]  On March 14, 2016, plaintiff filed a purported summons return executed.  However, that
28  document does not demonstrate compliance with Federal Rule of Civil Procedure 4 for service on
    the named defendant.

                                            1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff shall within fourteen days from the

2    date of this order show cause why this action should not be dismissed for lack of prosecution.

3    Dated:  June 3, 2016

4    _____
     CAROLYN K. DELANEY

5    UNITED STATES MAGISTRATE JUDGE

6

7    4 hickman0457.usm.osc

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2