UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARTHOLOME HICKMAN, SR., <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, <br><br> Defendant. | No. 2:16-cv-0457 CKD PS <br><br><br> ORDER |

By order filed June 3, 2016, plaintiff was ordered to show cause why this action should not be dismissed for lack of prosecution. Plaintiff has not timely responded to the order to show cause and the docket reflects that plaintiff has failed to take appropriate steps to prosecute this action.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated: June 28, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 hickman0457.osc.dism

1